DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. COOPER

No. 164P84.

Case below: 67 N.C. App. 358.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.

STATE v. DINUNNO

No. 163P84.

Case below: 67 N.C. App. 316.

Petition by Attorney General for discretionary review under G.S. 7A-31 and petition for writ of supersedeas and temporary stay denied 5 June 1984.

STATE v. FOREHAND

No. 143P84.

Case below: 67 N.C. App. 148.

Petition by Attorney General and Intervenor (Realty Corporation) for discretionary review under G.S. 7A-31 denied 5 June 1984.

STATE v. HARRIS

No. 177P84.

Case below: 67 N.C. App. 97.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 June 1984.

STATE v. LITTLE

No. 183P84.

Case below: 67 N.C. App. 128.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 June 1984.